UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
SANTIAGO, WANDA IVELISSE            §      Case No. 13-05587
                                    §
            Debtor(s)               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on          . The case was converted to one under Chapter 7 on          . The undersigned trustee was appointed on          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of$^1$              $

---

$^1$ The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

   The remaining funds are available for distribution.

   5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7. The Trustee's proposed distribution is attached as **Exhibit D**.

   8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____    By:/s/Peter N. Metrou, Trustee_____
                                      Trustee



**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 13-05587 | BWB | Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | SANTIAGO, WANDA IVELISSE | | | Date Filed (f) or Converted (c): | 11/27/13 (c) |
| | | | | 341(a) Meeting Date: | 01/07/14 |
| For Period Ending: | 07/10/14 | | | Claims Bar Date: | 04/29/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. checking account with First Midwest - $800 overdra | 0.00 | 0.00 | | 0.00 | FA |
| 2. pre-paid debit card with PNC Bank | 800.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods; tv, vcr, stereo, couch, utensils, | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. Books, CD's, DVD's, Tapes/Records, Family Pictures | 100.00 | 0.00 | | 0.00 | FA |
| 5. Necessary wearing apparel. | 200.00 | 0.00 | | 0.00 | FA |
| 6. Earrings, watch, costume jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 7. Term Life Insurance - No Cash Surrender Value. | 0.00 | 0.00 | | 0.00 | FA |
| 8. Pension w/ Employer/Former Employer - 100% Exempt. | 7,000.00 | 0.00 | | 0.00 | FA |
| 9. Car Outlet - 2006 Mitsubishi Eclipse with over 108 | 8,275.00 | 0.00 | | 0.00 | FA |
| 10. Family Pet: Cat | 0.00 | 0.00 | | 0.00 | FA |
| 11. ESTATE OF A DECEDENT (u) Inheritance funds received pursuant to Turnover Order and Motion to Compromise both dated 5-30-2014. | 0.00 | 49,000.00 | | 49,000.00 | FA |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $17,975.00 | $49,000.00 | | $49,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Email to Curtis @ Geraci 3-21-14 - for turn over of $49k immediately

Initial Projected Date of Final Report (TFR): 12/31/14     Current Projected Date of Final Report (TFR): 12/31/14

LFORM1    UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                                                             Ver: 18.00a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 13-05587 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- |
| Case Name: | SANTIAGO, WANDA IVELISSE | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******5066 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8053 | | |
| For Period Ending: | 07/10/14 | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/05/14 | 11 | Wanda I Santiago<br>27W180 Cooley 2<br>Winfield, IL 60190 | | 1290-000 | 49,000.00 | | 49,000.00 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 58.73 | 48,941.27 |

|  |  |  |  |
| --- | --- | --- | --- |
| COLUMN TOTALS | 49,000.00 | 58.73 | 48,941.27 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 49,000.00 | 58.73 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 49,000.00 | 58.73 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account (Non-Interest Earn - ********5066 | 49,000.00 | 58.73 | 48,941.27 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 49,000.00 | 58.73 | 48,941.27 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    49,000.00    58.73

ANALYSIS OF CLAIMS REGISTER
EX C

CASE NO: 13-05587-BWB
CASE NAME: SANTIAGO, WANDA IVELISSE
CLAIMS BAR DATE: 04/29/14
CLAIMS REVIEWED BY: Peter N. Metrou, Trustee

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
|  | Peter N. Metrou, Trustee<br>123 W. Washington Street<br>Suite 216<br>Oswego, IL 60543 | Administrative |  | 0.00 | 3,078.78 | 3,078.78 |
|  | Peter N. Metrou, Trustee<br>123 W. Washington Street<br>Suite 216<br>Oswego, IL 60543 | Administrative |  | 0.00 | 103.89 | 103.89 |
|  |  | Subtotal for Class Administrative |  | 0.00 | 3,182.67 | 3,182.67 |
| 999<br>8200-00<br>Surplus Funds Paid to Debtor | WANDA IVELISSE SANTIAGO<br>WINFIELD, IL 60190 | Unsecured |  | 0.00 | 0.00 | 25,712.23 |
| 000001<br>070<br>7100-00<br>General Unsecured 726(a)(2) | Presence Health-St Joseph Med Ctr<br>c/o State Collection Service Inc<br>2509 S Stoughton Rd PO Box 6250<br>Madison, WI 53716-0250 | Unsecured |  | 3,771.00 | 3,771.11 | 3,771.11 |
| 000002<br>070<br>7100-00<br>General Unsecured 726(a)(2) | Presence Health-St Joseph Med Ctr<br>c/o State Collection Service Inc<br>2509 S Stoughton Rd PO Box 6250<br>Madison, WI 53716-0250 | Unsecured |  | 2,270.00 | 2,270.34 | 2,270.34 |
| 000003<br>070<br>7100-00<br>General Unsecured 726(a)(2) | Presence Health-St Joseph Med Ctr<br>c/o State Collection Service Inc<br>2509 S Stoughton Rd PO Box 6250<br>Madison, WI 53716-0250 | Unsecured |  | 536.00 | 536.22 | 536.22 |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---:|---:|---:|
| 000004 070 7100-00 General Unsecured 726(a)(2) | Michael R Naughton PO Box 10 Manhattan, IL 60442 | Unsecured | | 0.00 | 1,188.30 | 1,188.30 |
| 000005 070 7100-00 General Unsecured 726(a)(2) | Provena St.Joseph Medical Center c/o Grabowski Law Center, LLC 1400 e Lake Cook Rd #110 Buffalo Grove, IL 60089 | Unsecured | (5-1) modified on 04/11/2013 to correct creditors address (dt) | 3,540.00 | 3,364.59 | 3,364.59 |
| 000006 070 7100-00 General Unsecured 726(a)(2) | AMERICASH LOANS, LLC PO BOX 184 DES PLAINES, IL 60016 | Unsecured | | 800.00 | 1,082.17 | 1,082.17 |
| 000007 070 7100-00 General Unsecured 726(a)(2) | American InfoSource LP as agent for A-1 Premium Budget PO Box 248838 Oklahoma City, OK 73124-8838 | Unsecured | | 0.00 | 800.00 | 800.00 |
| 000008 070 7100-00 General Unsecured 726(a)(2) | Asset Acceptance LLC /Assignee / Target National B Po Box 2036 Warren MI 48090 | Unsecured | | 0.00 | 782.02 | 782.02 |
| 000009 070 7100-00 General Unsecured 726(a)(2) | Portfolio Recovery Associates, LLC successor to CAPITAL ONE, NA POB 41067 Norfolk, VA 23541 | Unsecured | | 746.00 | 746.97 | 746.97 |
| 000010 070 7100-00 General Unsecured 726(a)(2) | Silver Cross Hospital 1900 Silver Cross Blvd Attn: Patient Accounts New Lenox, IL 60451 | Unsecured | (10-1) Modified on 12/23/13 to correct claim amount (DR) | 2,000.00 | 1,441.06 | 1,441.06 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 6)*

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000011 070 7100-00 General Unsecured 726(a)(2) | American InfoSource LP as agent for Presence Health PO Box 248838 Oklahoma City, OK 73124-8838 | Unsecured | | 0.00 | 175.00 | 175.00 |
| 000012 070 7100-00 General Unsecured 726(a)(2) | American InfoSource LP as agent for Presence Health PO Box 248838 Oklahoma City, OK 73124-8838 | Unsecured | | 0.00 | 1,997.95 | 1,997.95 |
| 000013 070 7100-00 General Unsecured 726(a)(2) | American InfoSource LP as agent for Presence Health PO Box 248838 Oklahoma City, OK 73124-8838 | Unsecured | | 0.00 | 1,366.64 | 1,366.64 |
| 000014 070 7100-00 General Unsecured 726(a)(2) | American InfoSource LP as agent for Presence Health PO Box 248838 Oklahoma City, OK 73124-8838 | Unsecured | | 345.00 | 304.34 | 304.34 |
| 000015 070 7100-00 General Unsecured 726(a)(2) | American InfoSource LP as agent for Presence Health PO Box 248838 Oklahoma City, OK 73124-8838 | Unsecured | | 0.00 | 175.00 | 175.00 |
| | | Subtotal for Class Unsecured | | 14,008.00 | 20,001.71 | 45,713.94 |
| | | Case Totals: | | 14,008.00 | 23,184.38 | 48,896.61 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

**UST Form 101-7-TFR (5/1/2011)** *(Page: 7)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-05587
Case Name: SANTIAGO, WANDA IVELISSE
Trustee Name: Peter N. Metrou, Trustee

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou, Trustee | $ | $ | $ |
| Trustee Expenses: Peter N. Metrou, Trustee | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses  $_____
Remaining Balance  $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be           percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Presence Health-St Joseph Med Ctr | $ | $ | $ |
| 000002 | Presence Health-St Joseph Med Ctr | $ | $ | $ |
| 000003 | Presence Health-St Joseph Med Ctr | $ | $ | $ |
| 000004 | Michael R Naughton | $ | $ | $ |
| 000005 | Provena St.Joseph Medical Center | $ | $ | $ |
| 000006 | AMERICASH LOANS, LLC | $ | $ | $ |
| 000007 | American InfoSource LP as agent for | $ | $ | $ |
| 000008 | Asset Acceptance LLC /Assignee / Target National B | $ | $ | $ |
| 000009 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 000010 | Silver Cross Hospital | $ | $ | $ |
| 000011 | American InfoSource LP as agent for | $ | $ | $ |
| 000012 | American InfoSource LP as agent for | $ | $ | $ |
| 000013 | American InfoSource LP as agent for | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000014 | American InfoSource LP as agent for | $ | $ | $ |
| 000015 | American InfoSource LP as agent for | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____


Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE


To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of      % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $     . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $            .