# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SANTIAGO, WANDA IVELISSE | § | Case No. 13-05587 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> CLERK OF THE COURT
> 219 South Dearborn
> Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 10/03/2014 in Courtroom ,
> Joliet City Hall
> 150 West Jefferson, 2nd Floor
> Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/02/2014       By: CLERK OF THE COURT

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                §
                                      §
SANTIAGO, WANDA IVELISSE              §       Case No. 13-05587
                                      §
         Debtor(s)                    §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 49,000.00 |
| and approved disbursements of | $ | 58.73 |
| leaving a balance on hand of[1] | $ | 48,941.27 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou, Trustee | $ 3,078.78 | $ 0.00 | $ 3,078.78 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 103.89 | $ 0.00 | $ 103.89 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 3,182.67 |
| Remaining Balance | $ 45,758.60 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 20,001.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Presence Health-St Joseph Med Ctr | $ 3,771.11 | $ 0.00 | $ 3,771.11 |
| 000002 | Presence Health-St Joseph Med Ctr | $ 2,270.34 | $ 0.00 | $ 2,270.34 |
| 000003 | Presence Health-St Joseph Med Ctr | $ 536.22 | $ 0.00 | $ 536.22 |
| 000004 | Michael R Naughton | $ 1,188.30 | $ 0.00 | $ 1,188.30 |
| 000005 | Provena St.Joseph Medical Center | $ 3,364.59 | $ 0.00 | $ 3,364.59 |
| 000006 | AMERICASH LOANS, LLC | $ 1,082.17 | $ 0.00 | $ 1,082.17 |
| 000007 | American InfoSource LP as agent for | $ 800.00 | $ 0.00 | $ 800.00 |
| 000008 | Asset Acceptance LLC /Assignee / Target National B | $ 782.02 | $ 0.00 | $ 782.02 |
| 000009 | Portfolio Recovery Associates, LLC | $ 746.97 | $ 0.00 | $ 746.97 |
| 000010 | Silver Cross Hospital | $ 1,441.06 | $ 0.00 | $ 1,441.06 |
| 000011 | American InfoSource LP as agent for | $ 175.00 | $ 0.00 | $ 175.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | American InfoSource LP as agent for | $ 1,997.95 | $ 0.00 | $ 1,997.95 |
| 000013 | American InfoSource LP as agent for | $ 1,366.64 | $ 0.00 | $ 1,366.64 |
| 000014 | American InfoSource LP as agent for | $ 304.34 | $ 0.00 | $ 304.34 |
| 000015 | American InfoSource LP as agent for | $ 175.00 | $ 0.00 | $ 175.00 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 20,001.71 |
| Remaining Balance | $ 25,756.89 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 44.66 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 25,712.23 .

Prepared By: /s/Peter N. Metrou
                                   Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 13-05587-BWB
Wanda Ivelisse Santiago                                                 Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ahamilton             Page 1 of 2              Date Rcvd: Sep 03, 2014
                              Form ID: pdf006             Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 05, 2014.
```
db         +Wanda Ivelisse Santiago,    27W180 COOLEY 2,    WINFIELD, IL 60190-1314
20501662   +AMERICASH LOANS, LLC,    PO BOX 184,    DES PLAINES, IL 60016-0003
20041952   #+ARS Account Resolution,    Attn: Bankruptcy Dept.,    1801 Nw 66Th Ave Ste 200,
             Plantation, FL 33313-4571
20041977   +AmeriCash Loans,    Bankruptcy Department,    1726 W Jefferson St,    Joliet, IL 60435-6741
20041985   +Aparna Pai, MD,    Attn: Bankruptcy Dept.,    11788 Winding Trails Dr,
             Willow Springs, IL 60480-1191
20539418   +Asset Acceptance LLC /Assignee / Target National B,    Po Box 2036,    Warren MI 48090-2036
20041970  ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
           (address filed with court: Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,
             Richmond, VA 23285)
20041972    Car Outlet,    Attn: Bankruptcy Dept.,    2917 W Irving Park Rd,    Chicago, IL 60618
20041976   +Cash in a Wink,    Attn: Bankruptcy Dept.,    3422 Old Capitol Trail,    Wilmington, DE 19808-6124
20041975   +Castle Pay Day,    c/o Red Rock Tribal Le,    PO Box 704,    Watersmeet, MI 49969-0704
20041980   +Chase Bank,    Bankruptcy Department,    PO Box 15298,    Wilmington, DE 19850-5298
20041960   +Commonwealth Financial,    Attn: Bankruptcy Dept.,    245 Main St,    Dickson City, PA 18519-1641
20041962   +Creditors Discount & A,    Attn: Bankruptcy Dept.,    415 E Main St,    Streator, IL 61364-2927
20041961    Creditors Discount & Audit,    Michael R Naughton,    PO Box 10,    Manhattan, IL 60442-0010
20041986   +EM Strategies, LTD,    Attn: Bankruptcy Dept.,    PO Box 1208,    Bedford Park, IL 60499-1208
20041966   +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
20041967   +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
20041990   +First Midwest Bank,    Bankruptcy Department,    450 N Bollingbrook Dr,
             Bollingbrook, IL 60440-1323
20041973  ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,    CHICAGO IL 60664-0338
           (address filed with court: Illinois Department of Revenue,    Bankruptcy Department,
             PO Box 19035,    Springfield, IL 62794-9035)
20041941   +Illinois Collection SE,    Attn: Bankruptcy Dept.,    8231 185Th St Ste 100,
             Tinley Park, IL 60487-9356
20041987   +Joliet Radiological,    Attn: Bankruptcy Dept.,    36910 Treasury Ctr,    Chicago, IL 60694-6900
20041959   +Lasalle BANK,    C/O American Collections,    919 Estes Ct,    Schaumburg, IL 60193-4427
20041949   +MBB,    Attn: Bankruptcy Dept.,    1460 Renaissance Dr,    Park Ridge, IL 60068-1349
20041971   +MRS Associates of New Jersey,    Bankruptcy Department,    1930 Olney Ave.,
             Cherry Hill, NJ 08003-2016
20041965   +Michael R Naughton,    PO Box 10,    Manhattan, IL 60442-0010
20041981   +Nayon Health Care Svc,    Attn: Bankruptcy Dept.,    388 S Weber Rd,    Romeoville, IL 60446-6521
20576851  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
           (address filed with court: Portfolio Recovery Associates, LLC,    successor to CAPITAL ONE, NA,
             POB 41067,    Norfolk, VA 23541)
21284340   +Parkview Orthopaedic Group, SC,    7600 West College Drive,    Palos Heights, IL 60463-1066
20167669    Presence Health-St Joseph Med Ctr,    c/o State Collection Service Inc,
             2509 S Stoughton Rd PO Box 6250,    Madison, WI 53716-0250
20041982   +Provena St. Joseph Hospital,    Attn: Bankruptcy Department,    77 North Airlite Street,
             Chicago, IL 60123-4998
20302649  +++Provena St.Joseph Medical Center,    c/o Grabowski Law Center, LLC,    1400 e Lake Cook Rd #110,
             Buffalo Grove, IL 60089-1865
20041984   +RentalMax,    Attn: Bankruptcy Dept.,    908 E Roosevelt Rd,    Wheaton, IL 60187-5651
20624810   +Silver Cross Hospital,    1900 Silver Cross Blvd,    Attn: Patient Accounts,
             New Lenox, IL 60451-9509
20041978   +Silver Cross Hospital,    Attn: Bankruptcy Department,    1200 Maple Rd,    Joliet, IL 60432-1497
20041943   +State Collection Servi,    Attn: Bankruptcy Dept.,    2509 S Stoughton Rd,    Madison, WI 53716-3314
20041979   +TCF National Bank,    Attn: Bankruptcy Department,    PO Box 170995,    Milwaukee, WI 53217-8096
20041968   +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
20041969   +VERIZON WIRELESS/Great,    Attn: Bankruptcy Dept.,    1515 Woodfield Rd Ste140,
             Schaumburg, IL 60173-5443
20041964   +Will County Circuit Court,    Doc #12 SC 8612,    14 W. Jefferson St,    Joliet, IL 60432-4300

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20510468    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 04 2014 06:59:20
             American InfoSource LP as agent for,    A-1 Premium Budget,    PO Box 248838,
             Oklahoma City, OK   73124-8838
21674380    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 04 2014 06:56:21
             American InfoSource LP as agent for,    Presence Health,    PO Box 248838,
             Oklahoma City, OK   73124-8838
20041988   +E-mail/Text: customerservice@jolietcity.org Sep 04 2014 05:39:50     City of Joliet,
             Finance Department,    150 W. Jefferson St.,    Joliet, IL 60432-4148
20041989   +E-mail/Text: fmb.bankruptcy@firstmidwest.com Sep 04 2014 05:40:38     First Midwest Bank,
             Bankruptcy Department,    300 N. Hunt Club Rd.,    Gurnee, IL 60031-2502
20041974   +E-mail/Text: bkynotice@harvardcollect.com Sep 04 2014 05:41:55     Harvard Collection Services,
             Bankruptcy Department,    4839 N. Elston Ave.,    Chicago, IL 60630-2534
20041983   +E-mail/Text: mmrgbk@miramedrg.com Sep 04 2014 05:40:04     MiraMed Revenue Group LLC,
             Bankruptcy Department,    991 Oak Creek Dr.,    Lombard, IL 60148-6408
                                                                                              TOTAL: 6
```

```
District/off: 0752-1          User: ahamilton              Page 2 of 2                  Date Rcvd: Sep 03, 2014
                              Form ID: pdf006              Total Noticed: 45


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20041953*    +ARS Account Resolution,    Attn: Bankruptcy Dept.,    1801 Nw 66Th Ave Ste 200,
               Plantation, FL 33313-4571
20041954*    +ARS Account Resolution,    Attn: Bankruptcy Dept.,    1801 Nw 66Th Ave Ste 200,
               Plantation, FL 33313-4571
20041955*    +ARS Account Resolution,    Attn: Bankruptcy Dept.,    1801 Nw 66Th Ave Ste 200,
               Plantation, FL 33313-4571
20041956*    +ARS Account Resolution,    Attn: Bankruptcy Dept.,    1801 Nw 66Th Ave Ste 200,
               Plantation, FL 33313-4571
20041957*    +ARS Account Resolution,    Attn: Bankruptcy Dept.,    1801 Nw 66Th Ave Ste 200,
               Plantation, FL 33313-4571
20041958*    +ARS Account Resolution,    Attn: Bankruptcy Dept.,    1801 Nw 66Th Ave Ste 200,
               Plantation, FL 33313-4571
20041963*    +Creditors Discount & A,    Attn: Bankruptcy Dept.,    415 E Main St,    Streator, IL 61364-2927
20041950*    +MBB,   Attn: Bankruptcy Dept.,    1460 Renaissance Dr,    Park Ridge, IL 60068-1349
20041951*    +MBB,   Attn: Bankruptcy Dept.,    1460 Renaissance Dr,    Park Ridge, IL 60068-1349
20041944*    +State Collection Servi,    Attn: Bankruptcy Dept.,    2509 S Stoughton Rd,    Madison, WI 53716-3314
20041945*    +State Collection Servi,    Attn: Bankruptcy Dept.,    2509 S Stoughton Rd,    Madison, WI 53716-3314
20041946*    +State Collection Servi,    Attn: Bankruptcy Dept.,    2509 S Stoughton Rd,    Madison, WI 53716-3314
20041947*    +State Collection Servi,    Attn: Bankruptcy Dept.,    2509 S Stoughton Rd,    Madison, WI 53716-3314
20041948*    +State Collection Servi,    Attn: Bankruptcy Dept.,    2509 S Stoughton Rd,    Madison, WI 53716-3314
20041942   ##++COMED RESIDENTIAL R,    C/O CBE GROUP,    131 TOWER PARK DR STE 100,    WATERLOO IA 50701-9374
              (address filed with court:   Comed Residential  R,    C/O CBE Group,    131 Towe Park Dr Suite 1,
                Waterloo, IA 50702)
                                                                                        TOTALS: 0, * 14, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2014                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 2, 2014 at the address(es) listed below:
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter N Metrou    on behalf of Trustee Peter N Metrou met.trustee7@att.net,
               met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
              Peter N Metrou    met.trustee7@att.net, met.trustee_backup@att.net,pnmlawyer@aol.com,
               pmetrou@ecf.epiqsystems.com
              Terence M Fenelon    on behalf of Debtor Wanda Ivelisse Santiago tmf523@comcast.net
                                                                                             TOTAL: 4
```