UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SANTIAGO, WANDA IVELISSE | § | Case No. 13-05587 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                           Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:           Claims Discharged
                                            Without Payment:


Total Expenses of Administration:

---

   3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:<br>   CHAPTER 7 ADMIN. FEES<br>   AND CHARGES<br>   (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER<br>   ADMIN. FEES AND<br>   CHARGES (from **Exhibit 5**) |  |  |  |  |
|    PRIORITY UNSECURED<br>   CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED<br>CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter     on            , and it was converted to chapter 7 on            . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/Peter N. Metrou, Trustee_____
                                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| WANDA IVELISSE SANTIAGO |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | 1 Car Outlet Attn: Bankruptcy Dept. 2917 W Irving Park Rd Chicago IL 60618 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | | | | | |
| PETER N METROU | | | | | |
| Associated Bank | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 Illinois Department of Revenue Bankruptcy Department PO Box 19035 Springfield IL 62794-9035 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harvard Collection Services Bankruptcy Department 4839 N. Elston Ave. Chicago IL 60630 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 11 Cash in a Wink Attn: Bankruptcy Dept. 3422 Old Capitol Trail Wilmington DE 19808 | | | | | |
| | 12 Castle Pay Day c/o Red Rock Tribal Le PO Box 704 Watersmeet MI 49969 | | | | | |
| | 13 Chase Bank Bankruptcy Department PO Box 15298 Wilmington DE 19850 | | | | | |
| | 14 City of Joliet Finance Department 150 W. Jefferson St. Joliet IL 60402 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 15 Comed Residential R C/O CBE Group 131 Towe Park Dr Suite 1 Waterloo IA 50702 | | | | | |
| | 16 Commonwealth Financial Attn: Bankruptcy Dept. 245 Main St Dickson City PA 18519 | | | | | |
| | 17 Creditors Discount & A Attn: Bankruptcy Dept. 415 E Main St Streator IL 61364 | | | | | |
| | 18 Creditors Discount & A Attn: Bankruptcy Dept. 415 E Main St Streator IL 61364 | | | | | |
| | 19 Creditors Discount & A Attn: Bankruptcy Dept. 415 E Main St Streator IL 61364 | | | | | |
| | 2 Aparna Pai, MD Attn: Bankruptcy Dept. 11788 Winding Trails Dr Willow Springs IL 60480 | | | | | |
| | 20 EM Strategies, LTD Attn: Bankruptcy Dept. PO Box 1208 Bedford Park IL 60499 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 21 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |
| | 22 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |
| | 23 First Midwest Bank Bankruptcy Department 300 N. Hunt Club Rd. Gurnee IL 60031 | | | | | |
| | 24 Illinois Collection SE Attn: Bankruptcy Dept. 8231 185Th St Ste 100 Tinley Park IL 60487 | | | | | |
| | 25 Joliet Radiological Attn: Bankruptcy Dept. 36910 Treasury Ctr Chicago IL 60694 | | | | | |
| | 26 Lasalle BANK C/O American Collections 919 Estes Ct Schaumburg IL 60193 | | | | | |
| | 27 MBB Attn: Bankruptcy Dept. 1460 Renaissance Dr Park Ridge IL 60068 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 28 MBB Attn: Bankruptcy Dept. 1460 Renaissance Dr Park Ridge IL 60068 | | | | | |
| | 29 MBB Attn: Bankruptcy Dept. 1460 Renaissance Dr Park Ridge IL 60068 | | | | | |
| | 3 ARS Account Resolution Attn: Bankruptcy Dept. 1801 Nw 66Th Ave Ste 200 Plantation FL 33313 | | | | | |
| | 30 Nayon Health Care Svc Attn: Bankruptcy Dept. 388 S Weber Rd Romeoville IL 60446 | | | | | |
| | 32 RentalMax Attn: Bankruptcy Dept. 908 E Roosevelt Rd Wheaton IL 60187 | | | | | |
| | 38 State Collection Servi Attn: Bankruptcy Dept. 2509 S Stoughton Rd Madison WI 53716 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 39 State Collection Servi Attn: Bankruptcy Dept. 2509 S Stoughton Rd Madison WI 53716 | | | | | |
| | 4 ARS Account Resolution Attn: Bankruptcy Dept. 1801 Nw 66Th Ave Ste 200 Plantation FL 33313 | | | | | |
| | 40 TCF National Bank Attn: Bankruptcy Department PO Box 170995 Milwaukee WI 53217 | | | | | |
| | 41 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |
| | 42 VERIZON WIRELESS/Great Attn: Bankruptcy Dept. 1515 Woodfield Rd Ste140 Schaumburg IL 60173 | | | | | |
| | 5 ARS Account Resolution Attn: Bankruptcy Dept. 1801 Nw 66Th Ave Ste 200 Plantation FL 33313 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 6 ARS Account Resolution Attn: Bankruptcy Dept. 1801 Nw 66Th Ave Ste 200 Plantation FL 33313 | | | | | |
| | 7 ARS Account Resolution Attn: Bankruptcy Dept. 1801 Nw 66Th Ave Ste 200 Plantation FL 33313 | | | | | |
| | 8 ARS Account Resolution Attn: Bankruptcy Dept. 1801 Nw 66Th Ave Ste 200 Plantation FL 33313 | | | | | |
| | 9 ARS Account Resolution Attn: Bankruptcy Dept. 1801 Nw 66Th Ave Ste 200 Plantation FL 33313 | | | | | |
| | First Midwest Bank Bankruptcy Department 450 N Bollingbrook Dr Bollingbrook IL 60440 | | | | | |
| | MRS Associates of New Jersey Bankruptcy Department 1930 Olney Ave. Cherry Hill NJ 08003 | | | | | |
| | Michael R Naughton | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MiraMed Revenue Group LLC Bankruptcy Department 991 Oak Creek Dr. Lombard IL 60148 | | | | | |
| | PO Box 10 Manhattan IL 60442 | | | | | |
| | Will County Circuit Court Doc #12 SC 8612 14 W. Jefferson St Joliet IL 60432 | | | | | |
| 000007 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000011 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000012 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000013 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000014 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000015 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000006 | AMERICASH LOANS, LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | ASSET ACCEPTANCE LLC /ASSIGNEE / TA | | | | | |
| 000004 | MICHAEL R NAUGHTON | | | | | |
| 000009 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000001 | PRESENCE HEALTH-ST JOSEPH MED CTR | | | | | |
| 000002 | PRESENCE HEALTH-ST JOSEPH MED CTR | | | | | |
| 000003 | PRESENCE HEALTH-ST JOSEPH MED CTR | | | | | |
| 000005 | PROVENA ST.JOSEPH MEDICAL CENTER | | | | | |
| 000010 | SILVER CROSS HOSPITAL | | | | | |
| | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| | AMERICASH LOANS, LLC | | | | | |
| | ASSET ACCEPTANCE LLC /ASSIGNEE / TA | | | | | |
| | MICHAEL R NAUGHTON | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| | PRESENCE HEALTH-ST JOSEPH MED CTR | | | | | |
| | PROVENA ST.JOSEPH MEDICAL CENTER | | | | | |
| | SILVER CROSS HOSPITAL | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-05587 BWB | Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | SANTIAGO, WANDA IVELISSE | | Date Filed (f) or Converted (c): | 11/27/13 (c) |
| | | | 341(a) Meeting Date: | 01/07/14 |
| For Period Ending: | 11/22/14 | | Claims Bar Date: | 04/29/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. checking account with First Midwest - $800 overdra | 0.00 | 0.00 | | 0.00 | FA |
| 2. pre-paid debit card with PNC Bank | 800.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods; tv, vcr, stereo, couch, utensils, | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. Books, CD's, DVD's, Tapes/Records, Family Pictures | 100.00 | 0.00 | | 0.00 | FA |
| 5. Necessary wearing apparel. | 200.00 | 0.00 | | 0.00 | FA |
| 6. Earrings, watch, costume jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 7. Term Life Insurance - No Cash Surrender Value. | 0.00 | 0.00 | | 0.00 | FA |
| 8. Pension w/ Employer/Former Employer - 100% Exempt. | 7,000.00 | 0.00 | | 0.00 | FA |
| 9. Car Outlet - 2006 Mitsubishi Eclipse with over 108 | 8,275.00 | 0.00 | | 0.00 | FA |
| 10. Family Pet: Cat | 0.00 | 0.00 | | 0.00 | FA |
| 11. ESTATE OF A DECEDENT (u) Inheritance funds received pursuant to Turnover Order and Motion to Compromise both dated 5-30-2014. | 0.00 | 49,000.00 | | 49,000.00 | FA |

TOTALS (Excluding Unknown Values)  $17,975.00   $49,000.00   $49,000.00   

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Email to Curtis @ Geraci 3-21-14 - for turn over of $49k immediately

Initial Projected Date of Final Report (TFR): 12/31/14     Current Projected Date of Final Report (TFR): 12/31/14

LFORM1     Ver: 18.03a

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-05587 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | SANTIAGO, WANDA IVELISSE | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******5066 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8053 | | |
| For Period Ending: | 11/22/14 | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/05/14 | 11 | Wanda I Santiago<br>27W180 Cooley 2<br>Winfield, IL 60190 | Inheritance | 1290-000 | 49,000.00 | | 49,000.00 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 58.73 | 48,941.27 |
| 10/07/14 | 005001 | Presence Health-St Joseph Med Ctr<br>c/o State Collection Service Inc<br>2509 S Stoughton Rd PO Box 6250<br>Madison, WI 53716-0250 | Claim 000001, Payment 100.22328% | | | 3,779.53 | 45,161.74 |
| | | | Claim      3,771.11 | 7100-000 | | | |
| | | | Interest       8.42 | 7990-000 | | | |
| 10/07/14 | 005002 | Presence Health-St Joseph Med Ctr<br>c/o State Collection Service Inc<br>2509 S Stoughton Rd PO Box 6250<br>Madison, WI 53716-0250 | Claim 000002, Payment 100.22331% | | | 2,275.41 | 42,886.33 |
| | | | Claim      2,270.34 | 7100-000 | | | |
| | | | Interest       5.07 | 7990-000 | | | |
| 10/07/14 | 005003 | Presence Health-St Joseph Med Ctr<br>c/o State Collection Service Inc<br>2509 S Stoughton Rd PO Box 6250<br>Madison, WI 53716-0250 | Claim 000003, Payment 100.22379% | | | 537.42 | 42,348.91 |
| | | | Claim        536.22 | 7100-000 | | | |
| | | | Interest       1.20 | 7990-000 | | | |
| 10/07/14 | 005004 | Michael R Naughton<br>PO Box 10<br>Manhattan, IL 60442 | Claim 000004, Payment 100.22301% | | | 1,190.95 | 41,157.96 |
| | | | Claim      1,188.30 | 7100-000 | | | |
| | | | Interest       2.65 | 7990-000 | | | |
| 10/07/14 | 005005 | Provena St.Joseph Medical Center | Claim 000005, Payment 100.22321% | | | 3,372.10 | 37,785.86 |

Page Subtotals     49,000.00     11,214.14

Ver: 18.03a

FORM 2

Page: 2

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-05587 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | SANTIAGO, WANDA IVELISSE | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******5066 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8053 | | |
| For Period Ending: | 11/22/14 | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | c/o Grabowski Law Center, LLC<br>1400 e Lake Cook Rd #110<br>Buffalo Grove, IL 60089 | Claim       3,364.59<br>Interest         7.51 | 7100-000<br>7990-000 | | | |
| 10/07/14 | 005006 | AMERICASH LOANS, LLC<br>PO BOX 184<br>DES PLAINES, IL 60016 | Claim 000006, Payment 100.22270% | | | 1,084.58 | 36,701.28 |
| | | | Claim       1,082.17<br>Interest         2.41 | 7100-000<br>7990-000 | | | |
| 10/07/14 | 005007 | American InfoSource LP as agent for<br>A-1 Premium Budget<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Claim 000007, Payment 100.22375% | | | 801.79 | 35,899.49 |
| | | | Claim         800.00<br>Interest         1.79 | 7100-000<br>7990-000 | | | |
| 10/07/14 | 005008 | Asset Acceptance LLC /Assignee / Target National B<br>Po Box 2036<br>Warren MI 48090 | Claim 000008, Payment 100.22378% | | | 783.77 | 35,115.72 |
| | | | Claim         782.02<br>Interest         1.75 | 7100-000<br>7990-000 | | | |
| 10/07/14 | 005009 | Portfolio Recovery Associates, LLC<br>successor to CAPITAL ONE, NA<br>POB 41067<br>Norfolk, VA 23541 | Claim 000009, Payment 100.22357% | | | 748.64 | 34,367.08 |
| | | | Claim         746.97<br>Interest         1.67 | 7100-000<br>7990-000 | | | |
| 10/07/14 | 005010 | Silver Cross Hospital<br>1900 Silver Cross Blvd | Claim 000010, Payment 100.22345% | | | 1,444.28 | 32,922.80 |

Page Subtotals          0.00         4,863.06

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-05587 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | SANTIAGO, WANDA IVELISSE | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******5066 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8053 | | | |
| For Period Ending: | 11/22/14 | | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Attn: Patient Accounts<br>New Lenox, IL 60451 | Claim         1,441.06<br>Interest           3.22 | 7100-000<br>7990-000 | | | |
| 10/07/14 | 005011 | American InfoSource LP as agent for<br>Presence Health<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Claim 000011, Payment 100.22286% | | | 175.39 | 32,747.41 |
| | | | Claim         175.00<br>Interest           0.39 | 7100-000<br>7990-000 | | | |
| 10/07/14 | 005012 | American InfoSource LP as agent for<br>Presence Health<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Claim 000012, Payment 100.22323% | | | 2,002.41 | 30,745.00 |
| | | | Claim         1,997.95<br>Interest           4.46 | 7100-000<br>7990-000 | | | |
| 10/07/14 | 005013 | American InfoSource LP as agent for<br>Presence Health<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Claim 000013, Payment 100.22318% | | | 1,369.69 | 29,375.31 |
| | | | Claim         1,366.64<br>Interest           3.05 | 7100-000<br>7990-000 | | | |
| 10/07/14 | 005014 | American InfoSource LP as agent for<br>Presence Health<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Claim 000014, Payment 100.22343% | | | 305.02 | 29,070.29 |
| | | | Claim         304.34<br>Interest           0.68 | 7100-000<br>7990-000 | | | |
| 10/07/14 | 005015 | American InfoSource LP as agent for | Claim 000015, Payment 100.22286% | | | 175.39 | 28,894.90 |

Page Subtotals        0.00        4,027.90

Ver: 18.03a

FORM 2

Page: 4

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-05587 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | SANTIAGO, WANDA IVELISSE | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******5066 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8053 | | |
| For Period Ending: | 11/22/14 | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/07/14 | 005016 | Presence Health<br>PO Box 248838<br>Oklahoma City, OK 73124-8838<br><br>PETER N METROU<br>123 W. WASHINGTON STREET<br>SUITE 216<br>OSWEGO, IL 60543 | Claim<br>Interest<br>Chapter 7 Compensation/Expense<br><br>Fees<br>Expenses | 175.00<br>0.39<br><br><br>3,078.78<br>103.89 | 7100-000<br>7990-000<br><br><br>2100-000<br>2200-000 | | 3,182.67 | 25,712.23 |
| 10/07/14 | 005017 | WANDA IVELISSE SANTIAGO<br>WINFIELD, IL 60190 | Surplus Funds | | 8200-002 | | 25,712.23 | 0.00 |

|  |  |  | COLUMN TOTALS | 49,000.00 | 49,000.00 | 0.00 |
|---|---|---|---|---|---|---|
|  |  |  | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
|  |  |  | Subtotal | 49,000.00 | 49,000.00 | |
|  |  |  | Less: Payments to Debtors | | 25,712.23 | |
|  |  |  | Net | 49,000.00 | 23,287.77 | |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| | Checking Account (Non-Interest Earn - ********5066 | 49,000.00 | 23,287.77 | 0.00 |
| | | ---------------------- | ---------------------- | ---------------------- |
| | | 49,000.00 | 23,287.77 | 0.00 |
| | | ============ | ============ | ============ |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  28,894.90

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 18)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-05587 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | SANTIAGO, WANDA IVELISSE | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******5066 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8053 | | |
| For Period Ending: | 11/22/14 | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals       0.00       0.00

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 19)*